UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHENG and JANET CHENG,<br><br>Appellants,<br><br>v.<br><br>ARTHUR OSTERBACK, et al.<br><br>Appellees. | No. 2:15-cv-01617-TLN<br><br>**ORDER DENYING MOTION** |

This matter is before the Court pursuant to Appellants William and Janet Cheng's ("Appellants") Motion to Unseal the Sealed Documents. (ECF No. 21.) Within Appellants' motion, Appellants request that this Court unseal "the sealed documents," permit the Clerk of Court to electronically transmit all unsealed records, and extend the time for Appellants to file their opening brief. (ECF No. 21.)

First, the Court notes that there are no sealed documents in this case. Therefore, there is no need for the Clerk of Court to electronically transfer any such information. Second, this Court has already allowed Appellants numerous extensions in this case and does not find it appropriate to continue doing so.

The Notice of Appeal in this case was filed on July 28, 2015. (ECF No. 1.) Pursuant to Federal Rule of Bankruptcy Procedure 8006 and 8007, Appellants were required to file within fourteen (14) days their designation of record, statement of issues on appeal, and a notice

1

regarding the ordering of transcripts with the bankruptcy court.  (ECF No. 2.)  Appellant moved for an extension of time twice and this Court granted both extensions, however, the Court admonished Appellant that no further extensions would be granted.  (*See* Min. Orders ECF No. 4, 9.)  Even after extending the deadlines, Appellants failed to timely file the necessary documents, and this Court was forced to issue Orders to Show Cause on two different occasions in order to compel Appellants' cooperation.  (*See* Order to Show Cause, ECF No. 13, 16.)  Appellants finally filed the necessary documentation and were issued a certificate of record on January 11, 2016, almost six months past the original deadline.  (ECF No. 20.)  In an effort to provide Appellants with a decision on the merits, this Court deemed such documents timely.  However, the Court will not continue to accept late filings.  As articulated in this Court's Bankruptcy Appeal Briefing Schedule, Appellants' opening brief is due to this Court on or before **February 4, 2016**.  (ECF No. 20-1.)  Failure to do so will result in dismissal of Appellants' appeal.

       For the foregoing reasons, Appellants' motion (ECF No. 21) is hereby DENIED.

       IT IS SO ORDERED.

Dated: February 3, 2016

                                    Troy L. Nunley
                                    United States District Judge